942

## WALKUP v. STATE.
### No. 22057.

Court of Criminal Appeals of Texas.
April 8, 1942.

No attorney for appellant.

Spurgeon. E. Bell, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The case is before us without bills of exception or statement of facts. The procedure appears to be regular and there is nothing presented for our consideration.

The judgment of the trial court is affirmed.